AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

__Western__ DISTRICT OF __Arkansas__

UNITED STATES OF AMERICA

V.

WAYNE ALLEN KALLSTROM

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  07-50081-001

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

Signature of Judge

Jimm Larry Hendren, Chief U.S. District Judge
Name and Title of Judge

April 2, 2008
Date

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

APR 02 2008

CHRIS R. JOHNSON, CLERK
BY _____
DEPUTY CLERK