```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                    **PLAINTIFF**

      **v.**     **Criminal No. 07-50081-001**

**WAYNE ALLEN KALLSTROM**                                       **DEFENDANT**

### O R D E R

Now on this 16th day of May, 2008, comes on for consideration the government's **Motion To Request Permission To Contact Jurors** (document #16), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, but only to the extent of allowing the government to contact those jurors who have previously consented in writing to be interviewed about this case. Counsel for the government should contact Court personnel to obtain the names of those jurors.

    **IT IS SO ORDERED.**

                                                /s/ Jimm Larry Hendren
                                               JIMM LARRY HENDREN
                                               UNITED STATES DISTRICT JUDGE